No. 230, Misc. CHEEKS *v.* MARYLAND. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se.* *C. Ferdinand Sybert,* Attorney General of Maryland, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent.

No. 475, Misc. REESE *v.* DICKSON, WARDEN. On petition for writ of certiorari to the Supreme Court of California. Application for stay referred to the entire Court by MR. JUSTICE DOUGLAS denied. Petition for writ of certiorari also denied.

No. 628. FEDERAL HOUSING ADMINISTRATION *v.* THE DARLINGTON, INC. Appeal from the United States District Court for the Eastern District of South Carolina. Probable jurisdiction noted. *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Herman Marcuse* for appellant. *J. C. Long, W. Turner Logan* and *Herman H. Higgins, Jr.* for appellee.

No. 684. LEWIS ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari granted. *William M. Farrer* for Lewis et al., and *Alva C. Baird* for Loera et al., petitioners. *Solicitor General Rankin* and *Jerome D. Fenton* for respondent.

No. 674. KREGGER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.